# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| MATTHEW VANDERSLOOT, individually and on behalf of all others similarly situated<br><br>*Plaintiff*<br><br>v.<br><br>CHARLES BARATTA LLC D/B/A PRIME MARKETING<br><br>*Defendant* | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 2:24-cv-07096-JMW<br>)<br>)<br>)<br>)<br>) |

## AFFIDAVIT OF SERVICE

Denise Garcia, affirms and says that, the Deponent is not a party herein, is over the age of 18 years and resides in the state of New York.That on November 4, 2024, at 3:08 pm at 418 Broadway STE, Albany, NY 12207, Deponent served the within Complaint, with the index number and filing date of the action were endorsed upon the face of the papers so served herein. On: Charles Baratta LLC (hereinafter referred to as "subject") by leaving the following documents with Mark Booth who as Registered agent at Northwest Registered Agent LLC is authorized by appointment or by law to receive service of process for Charles Baratta LLC.

Additional Description:
Arrived, called number on door, they verified this

White Male, est. age 35-44, glasses: Y, Blonde hair, 140 lbs to 160 lbs, 5' 3" to 5' 6".
Geolocation of Serve: https://google.com/maps?q=42.6483570692,-73.75121383
Photograph: See Exhibit 1

Total Cost: $190.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

[✓] I asked the person spoken to, on whether the subject was in active military service or financially dependent upon any one who is in the military service of the United States or the State of New York in any capacity whatsoever and received a negative reply. The source of my information and belief are the conversations above narrated. Upon that information and belief I assert that the recipient is not in the military service of New York State or of the United States as that term is defined either in the

State or Federal statutes.

Executed in Albany, NY on 11/8/2024.

*/s/ Denise Garcia*
Signature
Server Name: Denise Garcia
License#:

PROOF TECHNOLOGY NEW YORK, LLC 1800 Gaylord Avenue, Denver, CO 80206 License # 2103684-DCA

Below are my previous attempts at serving Charles Baratta LLC:

Date / Time: October 29, 2024 3:36 pm
Address: 90 State Street, suite 700, Albany, NY 12207
Geolocation: https://google.com/maps?q=42.6499588782,-73.7532567231
Description: Spoke to Building management and was informed that there are no suites in this building and Charles Barratta is not associated with the property in any way. This property management goes by Abraxas.

Date / Time: October 30, 2024 2:41 pm
Address: 90 State Street, suite 700, Albany, NY 12207
Geolocation: https://google.com/maps?q=42.6501059753,-73.7532540599
Description: Was told no entity besides registered building owners Abraxas existed at this location again but was given another address for Northwest Registered agent. It is 418 Broadway STE, Albany, NY, 12207



