IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MATTHEW VANDERSLOOT, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>CHARLES BARATTA LLC, D/B/A PRIME MARKETING.<br><br>    Defendants. | Civil Action No. 2:24-cv-07096-JMW<br><br>**AFFIDAVIT IN SUPPORT OF MOTION TO ADMIT COUNSEL** *PRO HAC VICE* |

I, LAURA E. KOGAN, being duly sworn, hereby depose and say as follows:

1. I am a Partner with the law firm of Benesch, Friedlander, Coplan & Aronoff LLP located at 127 Public Square, Suite 4900, Cleveland, Ohio 44114.

2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.

3. As shown in the Certificate of Good Standing annexed hereto, I am a member in good standing of the bar of the State of Ohio.

4. There are no pending disciplinary proceedings against me in any state or federal court.

5. I have not been convicted of a felony.

6. I have not been censured, suspended, disbarred or denied admission or readmission by any court.

7. My Ohio Attorney Registration number is: 0087453.

8. Wherefore, affiant respectfully submits that she be permitted to appear as counsel and advocate *pro hac vice* in 2:24-cv-07096-JMW for Defendant Charles Baratta LLC d/b/a Prime Marketing.

Dated: November 22, 2024

Laura E. Kogan (OH 0087453)
BENESCH, FRIEDLANDER, COPLAN &
 ARONOFF LLP
127 Public Square, Suite 4900
Cleveland, Ohio 44114-2378
Telephone: 216.363.4500
Facsimile: 216.363.4588
Email: lkogan@beneschlaw.com

SWORN TO BEFORE ME and subscribed in my presence this 22nd day of November, 2024.



Notary Public

Notarial Act Performed by Audio visual communication

2

25174575 v1