**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MATTHEW VANDERSLOOT, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br>   v.<br><br>CHARLES BARATTA LLC D/B/A PRIME MARKETING,<br><br>        Defendant. | Civil Action No. 2:24-cv-07096-JMW<br><br>**CORPORATE DISCLOSURE STATEMENT** |

Defendant Charles Baratta, LLC, d/b/a Prime Marketing Source, and incorrectly identified

as Prime Marketing, pursuant to Fed. R. Civ. P. 7.1, hereby states that it has no parent corporation

and that no publicly held corporation owns 10% or more of its stock.

Respectfully submitted,

Dated: November 26, 2024

*/s/ Eric Schlabs*
Eric Schlabs (5580048)
**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**
1155 Avenue of the Americas, Floor 26
New York, NY 10036
Telephone: (646) 777-0044
Email: ESchlabs@beneschlaw.com

David M. Krueger (0085072) (*Pro Hac Vice Forthcoming*)
Laura E. Kogan (0087453) (*Pro Hac Vice Pending*)
**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**
200 Public Square, Suite 2300
Cleveland, Ohio 44114-2378
Telephone:  216.363.4500
Facsimile:  216.363.4588
Email: dkrueger@beneschlaw.com
      lkogan@beneschlaw.com

*Attorneys for Defendant Charles Baratta, LLC, d/b/a*
*Prime Marketing Source*

## CERTIFICATE OF SERVICE

I hereby certify that on November 26, 2024, a copy of the foregoing **CORPORATE DISCLOSURE STATEMENT** was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

*/s/ Eric Schlabs*
Eric Schlabs

25200319