IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MATTHEW VANDERSLOOT, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CHARLES BARATTA LLC, D/B/A PRIME MARKETING.<br><br>Defendants. | Civil Action No. 2:24-cv-07096-JMW<br><br><br>**NOTICE OF MOTION TO ADMIT COUNSEL PRO HAC VICE** |

TO: Andrew Roman Perrong, Esq.
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, PA 19038
a@perronglaw.com
*Attorney for Plaintiffs*

PLEASE TAKE NOTICE that upon the annexed affidavit of movant in support of this motion and the Certificate of Good Standing annexed thereto, I, David M. Krueger, move this Court pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Eastern District of New York for an order allowing the admission of movant, a member of the firm of Benesch, Friedlander, Coplan & Aronoff LLP and a member in good standing of the bar of the State of Ohio, as attorney *pro hac vice* to argue or try this case in whole or in part as counsel for Defendant Charles Baratta LLC d/b/a Prime Marketing. There are no pending disciplinary proceedings against me in any state or federal court.

25161672 v1

Dated: December 4, 2024

Respectfully submitted,

/s/ David M. Krueger

David M. Krueger (OH 0085072)
BENESCH, FRIEDLANDER, COPLAN &
 ARONOFF LLP
127 Public Square, Suite 4900
Cleveland, Ohio 44114
Telephone: 216.363.4500
Facsimile: 216.363.4588
Email: dkrueger@beneschlaw.com

2

25161672 v1