## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NEW YORK

MATTHEW VANDERSLOOT, individually
and on behalf of all others similarly situated,

      Plaintiffs,

          v.

CHARLES BARATTA LLC, D/B/A PRIME
MARKETING.

      Defendants.

Civil Action No. 2:24-cv-07096-JMW

**AFFIDAVIT IN SUPPORT OF
MOTION TO ADMIT COUNSEL
*PRO HAC VICE***

I, DAVID M. KRUEGER, being duly sworn, hereby depose and say as follows:

1.     I am a Partner with the law firm of Benesch, Friedlander, Coplan & Aronoff LLP located at 127 Public Square, Suite 4900, Cleveland, Ohio 44114.

2.     I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.

3.     As shown in the Certificates of Good Standing annexed hereto, I am a member in good standing of the bar of the State of Ohio.

4.     There are no pending disciplinary proceedings against me in any state or federal court.

5.     I have not been convicted of a felony.

6.     I have not been censured, suspended, disbarred or denied admission or readmission by any court.

7.     My Ohio Attorney Registration number is:  0085072.

8. Wherefore, affiant respectfully submits that he be permitted to appear as counsel and advocate *pro hac vice* in 2:24-cv-07096-JMW for Defendant Charles Baratta LLC d/b/a Prime Marketing.

Dated: December 4, 2024

David M. Krueger (OH 0085072)
BENESCH, FRIEDLANDER, COPLAN &
    ARONOFF LLP
127 Public Square, Suite 4900
Cleveland, Ohio 44114-2378
Telephone: 216.363.4500
Facsimile: 216.363.4588
Email: dkrueger@beneschlaw.com

SWORN TO BEFORE ME and subscribed in my presence this 4th day of December, 2024.

_____
Notary Public

JOELLEN V. FERENCE
NOTARY PUBLIC - STATE OF OHIO
Recorded in Lorain County
My commission expires Jan. 28, 2029

25161676 v1



# THE SUPREME COURT *of* OHIO

## CERTIFICATE OF GOOD STANDING

I, MICHEL JENDRETZKY, Director of the Attorney Services Division of the Supreme Court of Ohio, do hereby certify that I am the custodian of the records of the Office of Attorney Services of the Supreme Court and that the Attorney Services Division is responsible for reviewing Court records to determine the status of Ohio attorneys. I further certify that, having fulfilled all of the requirements for admission to the practice of law in Ohio,

**David Matthew Krueger**
Attorney Registration No. **0085072**

was admitted to the practice of law in Ohio on November 9, 2009; has registered as an active attorney pursuant to the Supreme Court Rules for the Government of the Bar of Ohio; is in good standing with the Supreme Court of Ohio; and is entitled to practice law in this state.



IN TESTIMONY WHEREOF, I have subscribed my name and affixed the seal of the Supreme Court, this 12th day of November, 2024.

MICHEL JENDRETZKY
*Director, Attorney Services Division*

*Shannon B. Scheid*

Shannon Scheid, *Administrative Assistant*
*Office of Attorney Services*

No. 2024-11-12-1
Verify by email at GoodStandingRequests@sc.ohio.gov