

**2657 Mount Carmel Avenue**
**Glenside, PA 19038**

a@perronglaw.com                                   Tel. (215) 225-5529 (CALL-LAW)
www.perronglaw.com                                                Fax (888) 329-0305

December 5, 2024

*VIA ECF*
Chambers of Hon. James M. Wicks
100 Federal Plaza, Courtroom 1020
Central Islip, New York 11722

Re:    Extension of Time to Respond to Pre-Motion Letter,
*VenderSloot v. Charles Baratta LLC*, No. 24-cv-7096

Dear Judge Wicks:

I represent Plaintiff Matthew VanderSloot in the above-captioned matter. Defendant's pre-motion letter in this action was filed on November 25, 2024, making the response currently due December 9, 2024. On that day, the parties will hold their 26(f) conference and meet and confer about a number of issues. In light of the foregoing, as well as the intervening Thanksgiving holiday, the Plaintiff respectfully requests that he be provided an additional week, up to and including December 16, 2024, within which to file a response to the Defendant's pre-motion letter. Counsel for Plaintiff has conferred with counsel for the Defendant, who does not oppose this request.

Relatedly, the Parties jointly consent to the jurisdiction of Your Honor as the Magistrate judge for these proceedings.

Respectfully Yours,

Andrew R. Perrong, Esq.