# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MATTHEW VANDERSLOOT, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CHARLES BARATTA LLC, D/B/A PRIME MARKETING.<br><br>Defendants. | Civil Action No. 2:24-cv-07096-JMW<br><br>NOTCE OF APPEARANCE |

Attorney David M. Krueger of the law firm Benesch Friedlander Coplan & Aronoff LLP hereby enters his notice of appearance in this case on behalf of Defendant Charles Baratta LLC, d/b/a Prime Marketing. It is respectfully requested that notices and copies of filings be sent to David Krueger, in addition to current counsel of record.

Respectfully submitted,

Dated: December 18, 2024

*/s/ David M. Krueger*
David M. Krueger (OH 0085072)
BENESCH, FRIEDLANDER, COPLAN &
  ARONOFF LLP
127 Public Square, Suite 4900
Cleveland, Ohio 44114-2378
Telephone: 216.363.4500
Email: djrueger@beneschlaw.com

Eric Schlabs (5580048)
BENESCH, FRIEDLANDER, COPLAN &
  ARONOFF LLP
1155 Avenue of the Americas, Floor 26
New York, NY 10036
Telephone: 646.777.0044
Email: eschlabs@beneschlaw.com

*Attorneys for Defendant Charles Baratta, LLC, d/b/a Prime Marketing Source*

## CERTIFICATE OF SERVICE

      I hereby certify that on December 18, 2024, a copy of the foregoing Notice of Appearance was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

*/s/ David M. Krueger*
*Attorney for Defendant Charles Baratta, LLC,*
*d/b/a Prime Marketing Source*

25273450 v1