UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

BEFORE: JAMES M. WICKS, U.S. MAGISTRATE JUDGE              DATE:  01/06/2025
                                                          TIME:  11:30 AM
                                                          ☐ SEALED PROCEEDING

## CIVIL CAUSE FOR INITIAL CONFERENCE
### CASE:  2:24-cv-07096-JMW-VanderSloot v. Charles Baratta LLC

APPEARANCES:

    For Plaintiff:              Andrew Roman Perrong

    For Defendants:          Laura Kogan, David Krueger

    Court Reporter/FTR:    11:27-11:34 (Video)


**THE FOLLOWING RULINGS WERE MADE:**

☒ Initial Conference held.

☒ Following discussion with counsel and review of the submitted worksheet, the Court adopted a Scheduling Order which is attached at ECF No. 23.  In addition to the dates set forth below, the last date to take the first steps towards summary judgment motion practice shall be on or before **December 31, 2025.**

☒ Defendant represented it intends to seek a stay of discovery pending its anticipated motion to dismiss. As such, the Court directed that Defendant's letter motion seeking a stay be filed by **January 17, 2025**. Plaintiff's opposition, if any, is to be filed by **January 24, 2025**.

A Status Conference has been scheduled for **August 18, 2025 at 10:00 AM** via the Court's Video Zoom.  The Court will email the Zoom invitation closer to the conference date.  This conference is a public proceeding, and all are welcome to attend via telephone or via video.  If you would like to receive the Zoom invitation, please contact Judge Wicks' Courtroom Deputy at (631) 712-5625.  Parties shall comply with Judge Wicks' Individual Rules regarding Expectations for Remote Appearances (Rule §1E).

A Final Pretrial Conference has been scheduled for **February 2, 2026 at 9:30 AM** at the United States District Courthouse, Eastern District of New York, 100 Federal Plaza, Courtroom 1020, Central Islip, New York.  A joint proposed pretrial order ("JPTO") in compliance with the undersigned's Individual Practice Rules, signed by counsel for each party, must be filed on ECF at least five (5) business days prior to this conference. If a motion for summary judgment is pending, the final pretrial conference will be cancelled and filing of the JPTO will be held in abeyance.

THE PARTIES ARE REMINDED that audio or video recording of proceedings by any party other than the Court is strictly prohibited by Local Civil Rule 1.8. Violation of this rule may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed appropriate by the Court.

SO ORDERED
/s/ *James M. Wicks*
JAMES M. WICKS
United States Magistrate Judge