IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MATTHEW VANDERSLOOT, individually and on behalf of all others similarly situated,, <br><br> Plaintiff, <br><br> v. <br><br> CHARLES BARATTA LLC D/B/A PRIME MARKETING, <br><br> Defendant. | Civil Action No. 2:24-cv-07096-JMW <br><br> **NOTICE OF MOTION** |

**PLEASE TAKE NOTICE**, that based on the accompanying Memorandum of Law, Defendant Charles Baratta, LLC, d/b/a Prime Marketing Source ("Defendant" or "Prime"), by and through its undersigned counsel, moves this Court to dismiss Plaintiff's First Amended Class Action Complaint with prejudice, pursuant to Federal Rule of Civil Procedure 12(b)(6).

In accordance with the Court's Minute Order for the parties' pre-motion conference proceedings (Dkt. 31), any opposition memorandum will be served by or before May 30, 2025, and any reply papers will be served by or before June 16, 2025. Oral argument on Defendant's Motion to Dismiss the Amended Complaint will proceed on July 8, 2025 at 10:30 a.m.

Dated: May 2, 2025                                     Respectfully submitted,

/s/ *David M. Krueger*
David M. Krueger (0085072) (*Pro Hac Vice*)
**BENESCH, FRIEDLANDER,**
**COPLAN**
**& ARONOFF LLP**
127 Public Square, Suite 4900
Cleveland, Ohio 44114
Telephone: 216.363.4500
Facsimile: 216.363.4588
Email: dkrueger@beneschlaw.com

Laura E. Kogan (0087453) (*Pro Hac Vice*)
**BENESCH, FRIEDLANDER, COPLAN
& ARONOFF LLP**
127 Public Square, Suite 4900
Cleveland, Ohio 44114
Telephone: 216.363.4500
Facsimile: 216.363.4588
Email: lkogan@beneschlaw.com

*Attorneys for Defendant Charles Baratta, LLC,
d/b/a Prime Marketing Source*

## CERTIFICATE OF SERVICE

The foregoing document was electronically filed on May 2, 2025. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

*s/ David M. Krueger*
David M. Krueger (0085072) (*Pro Hac Vice*)
**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**
127 Public Square, Suite 4900
Cleveland, Ohio 44114
Telephone: 216.363.4500
Facsimile: 216.363.4588
Email: dkrueger@beneschlaw.com
