IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **MATTHEW VANDERSLOOT,** individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>**CHARLES BARATTA LLC D/B/A PRIME MARKETING**<br><br>*Defendant.* | Case No. 24-cv-7096 |

**[PROPOSED ORDER DENYING] DEFENDANT
CHARLES BARATTA LLC'S
<u>MOTION TO DISMISS</u>**

AND NOW, this _____ day of _____, 202_____, it is hereby ORDERED that the Defendant's Motion to Dismiss (ECF No. 33, 34) is hereby DENIED.

*BY THE COURT:*

_____

Hon. James M. Wicks, J.

1