IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MATTHEW VANDERSLOOT, individually and on behalf of all others similarly situated,, <br><br> Plaintiff, <br><br> v. <br><br> CHARLES BARATTA LLC D/B/A PRIME MARKETING, <br><br> Defendant. | Civil Action No. 2:24-cv-07096-JMW <br><br> **NOTICE OF MOTION** |

**PLEASE TAKE NOTICE**, that based on the accompanying Memorandum of Law, Defendant Charles Baratta LLC, d/b/a Prime Marketing Source ("Prime"), by and through its undersigned counsel, moves this Court for an Order granting this Motion to Bifurcate Discovery.

In accordance with this Court's Minute Order regarding the motion (ORDER, 07/24/2025), any opposition memorandum will be served by or before August 14, 2025, and any reply papers will be served by or before August 21, 2025.

Dated: August 4, 2025

*/s/ David M. Krueger*
David M. Krueger (0085072) (*Pro Hac Vice*)
Laura E. Kogan (0087453) (*Pro Hac Vice*)
**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**
127 Public Square, Suite 4900
Cleveland, Ohio 44114
Telephone:  216.363.4500
Facsimile:  216.363.4588
Email:  dkrueger@beneschlaw.com
Email:  lkogan@beneschlaw.com

*Attorneys for Defendant Charles Baratta, LLC, d/b/a Prime Marketing Source*

1

## CERTIFICATE OF SERVICE

      The foregoing document was electronically filed on August 4, 2025. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

      *s/ David M. Krueger*
David M. Krueger (0085072) (*Pro Hac Vice*)
**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**
127 Public Square, Suite 4900
Cleveland, Ohio 44114
Telephone: 216.363.4500
Facsimile: 216.363.4588
Email: dkrueger@beneschlaw.com