IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MATTHEW VANDERSLOOT, individually and on behalf of all others similarly situated, | Case No. 2:24-cv-07096-JMW |
| Plaintiff, | Judge: Honorable James M. Wicks |
| v. | |
| CHARLES BARATTA LLC D/B/A PRIME MARKETING, | |
| Defendant. | |

**UNOPPOSED**
**DEFENDANT'S MOTION FOR LEAVE TO FILE ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S FIRST AMENDED COMPLAINT *INSTANTER***

Defendant Charles Baratta, LLC, d/b/a Prime Marketing Source ("Prime"), respectfully requests that this Court grant Prime leave to file *instanter* its Answer and Affirmative Defenses to Plaintiff's First Amended Complaint. In support of this Motion, Prime states as follows:

1. On October 8, 2024, Plaintiff Matthew Vandersloot filed the above-captioned putative class action against Prime. (Dkt. 1.)

2. On February 13, 2025, Plaintiff filed his First Amended Complaint. (Dkt. 28.)

3. For the better part of this litigation, the Parties have been engaged in motion practice. On January 24, 2025, Prime lodged its first motion to dismiss Plaintiff's original complaint for failure to state a claim under Federal Rule of Civil Procedure 12(b)(6). (Dkt. 26.) On May 2, 2025, Prime filed a motion to dismiss Plaintiff's First Amended Complaint. (Dkt. 34.) The Parties fully briefed the motion and presented oral arguments on July 8, 2025. (Dkt. 37.) As the record shows, on July 9, 2025, the Court entered an Order regarding Prime's motion and vacated the stay of discovery in this case. (Dkt. 38.)

4.    The Parties conferred regarding discovery and upcoming deadlines (Dkt. 39), and have since been proceeding with written discovery. Additionally, Prime recently filed its motion for bifurcation of discovery and briefing on the motion is ongoing. (*See* 07/24/2025 Order; Dkt. 40–41.)

5.    Prime's deadline to file its answer to Plaintiff's Amended Complaint was July 23, 2025. Fed. R. Civ. P 12(a)(4)(A); (Dkt. 38.) Prime recently discovered that after entry of the Court's Order denying the motion to dismiss Plaintiff's Amended Complaint, Prime inadvertently failed to file its answer. Defense counsel immediately contacted Plaintiff's counsel with notice of Prime's intention to seek leave of the Court to file an answer to the Amended Complaint. Plaintiff notified Prime that it does not oppose the relief requested in this Motion.

6.    Prime is promptly filing this Motion for Leave after discovering its inadvertent oversight, and after obtaining Plaintiff's agreement not to oppose this Motion.

7.    On August 11, 2025, Plaintiff and Prime met and conferred. The Parties also agreed to a mutual extension of time, including to Plaintiff's forthcoming motion for an extension of time to respond to Prime's pending Motion to Bifurcate Discovery.

8.    This Motion is not brought in bad faith nor for purposes of delay. The relief requested by Prime will not prejudice any party in the litigation nor affect the current deadlines in this matter.

9.    Accordingly, Prime respectfully requests that the Court enter an order granting this Motion to file *instanter* its Answer to Plaintiff's First Amended Complaint. A copy of Prime's Answer is attached to this Motion as **Exhibit A**.

|  |  |
|---|---|
| Dated: August 11, 2025 | */s/ David M. Krueger* <br> David M. Krueger (0085072) (*Appearing Pro Hac Vice*) <br> Laura E. Kogan (0087453) (*Appearing Pro Hac Vice*) <br> **BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP** <br> 127 Public Square, Suite 4900 <br> Cleveland, Ohio 44114 <br> Telephone: 216.363.4500 <br> Facsimile: 216.363.4588 <br> Email: dkrueger@beneschlaw.com <br> Email: lkogan@beneschlaw.com <br><br> *Attorneys for Defendant Charles Baratta, LLC, d/b/a Prime Marketing Source* |

3

**CERTIFICATE OF SERVICE**

I hereby certify that on August 11, 2025, a copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

*/s/ David M. Krueger*
David M. Krueger
