**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **MATTHEW VANDERSLOOT,** individually and on behalf of all others similarly situated, | Case No. 24-cv-7096 |
| *Plaintiff,* | |
| *v.* | |
| **CHARLES BARATTA LLC D/B/A PRIME MARKETING** | |
| *Defendant.* | |

## UNOPPOSED MOTION FOR EXTENSION OF TIME

The Plaintiff, with the Consent of Defendant, respectfully requests that he receive a 10 day extension of time to August 26, 2025 in order to file an opposition to Defendant's Motion to Bifurcate. Defendant consents to this request. This additional time is necessary to address the points in the motion, and particularly given that the Defendant has not yet filed its answer, which will bear on the discovery needed to be conducted and the various arguments to be made in the opposition.

Plaintiff,
By Counsel

Dated: August 12, 2025

*/s/ Andrew Roman Perrong*
Andrew Roman Perrong, Esq.
PA Bar #333687 (*Pro Hac Vice*)
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, Pennsylvania 19038
Phone: 215-225-5529 (CALL-LAW)
Facsimile: 888-329-0305
a@perronglaw.com

## CERTIFICATE OF SERVICE

I, Andrew Perrong, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this date.

DATED this August 12, 2025.

/s/ Andrew Roman Perrong
Andrew Roman Perrong, Esq.
PA Bar #333687
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, Pennsylvania 19038
Phone: 215-225-5529 (CALL-LAW)
Facsimile: 888-329-0305
a@perronglaw.com