IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **MATTHEW VANDERSLOOT,** individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>**CHARLES BARATTA LLC D/B/A PRIME MARKETING**<br><br>*Defendant.* | Case No. 24-cv-7096 |

**[PROPOSED ORDER GRANTING]**
**UNOPPOSED MOTION FOR EXTENSION OF TIME**

This matter having come before the Court on the Unopposed/Stipulated Motion of Plaintiff for an Extension of Time until and including August 26, 2025, and the Court being sufficiently advised, IT IS HEREBY ORDERED that Plaintiff's Motion for an Extension of Time is GRANTED, and Plaintiff is granted an extension of time to file an opposition to Defendant's Motion to Bifurcate until and including August 26, 2025.

DATED this _____.

_____

Hon. James Wicks,    J.