IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **MATTHEW VANDERSLOOT,** individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>**CHARLES BARATTA LLC D/B/A PRIME MARKETING**<br><br>*Defendant.* | Case No. 24-cv-7096 |

**PARTIES' STATUS REPORT AND MOTION TO EXTEND DISCOVERY DEADLINES**

In accordance with the scheduling order entered in this case, the parties submit the following status report:

Discovery has been proceeding in this matter. The parties have exchanged their initial discovery and are currently working on resolving discovery disputes. Plaintiff has also issued various third-party subpoenas which have not yet been responded to.

Given that the parties continue to be currently actively engaged in discovery and resolving deficiencies to such discovery responses, including continuing to meet and confer, the Parties agree that efficiency dictates the current deadlines in the above-captioned matter be extended until January 31, 2026, to afford the Parties additional time to finalize the necessary discovery on the bifurcation issues the Court identified, and respectfully request that the Court issue an order extending discovery until **January 31, 2026.**

RESPECTFULLY SUBMITTED AND DATED November 3, 2025

                            */s/ Andrew Roman Perrong*
                            Andrew Roman Perrong, Esq.
                            Perrong Law LLC
                            2657 Mount Carmel Avenue

Glenside, Pennsylvania 19038
Phone: 215-225-5529 (CALL-LAW)
Facsimile: 888-329-0305
a@perronglaw.com

*Attorney for Plaintiff*

/s/ David M. Krueger
David M. Krueger (0085072)
Appearing Pro Hac Vice
BENESCH, FRIEDLANDER, COPLAN &
ARONOFF LLP
127 Public Square, Suite 4900
Cleveland, Ohio 44114
Telephone: 216.363.4500
Facsimile: 216.363.4588
Email: dkrueger@beneschlaw.com

*Attorney for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on November 3, 2025, a copy of the foregoing was served via ECF.

*/s/ Andrew Roman Perrong*
Andrew Roman Perrong, Esq.
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, Pennsylvania 19038
Phone: 215-225-5529 (CALL-LAW)
Facsimile: 888-329-0305
a@perronglaw.com

*Attorney for Plaintiff*