IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **MATTHEW VANDERSLOOT,** individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>**CHARLES BARATTA LLC D/B/A PRIME MARKETING**<br><br>*Defendant.* | Case No. 24-cv-7096 |

### [PROPOSED ORDER GRANTING]

### MOTION TO EXTEND DISCOVERY DEADLINES

AND NOW, this _____ day of _____, 202_____, it is hereby ORDERED that the motion to extend discovery deadlines is GRANTED. The parties shall compete the bifurcated discovery by **January 31, 2026**. The parties shall file a status report on _____.

*BY THE COURT:*

_____
Hon. James M. Wicks, J.