IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MATTHEW VANDERSLOOT, individually and on behalf of all others similarly situated, | Case No. 2:24-cv-07096-JMW |
| Plaintiff, | |
| v. | Honorable James M. Wicks |
| CHARLES BARATTA LLC D/B/A PRIME MARKETING, | |
| Defendant. | |

**JOINT MOTION FOR EXTENSION OF TIME
AND MODIFICATION OF DISCOVERY SCHEDULING ORDER**

Matthew Vandersloot ("Plaintiff") and Charles Baratta, LLC, *d/b/a* Prime Marketing Source ("Defendant") (collectively "the Parties"), jointly move to extend the current discovery completion deadline and, in support of this Motion, state as follows:

1. This action involves claims under the Telephone Consumer Protection Act 47 U.S.C. § 227 *et seq*. ("TCPA"). On February 13, 2025, Plaintiff filed an Amended Complaint (Dkt. 28) against Defendant.

2. On August 4, 2025, Defendant filed a Motion to Bifurcate individual and class discovery. (Dkt. 31, 40–41.) On September 9, 2025, the Court granted Defendant's Motion and set a deadline for all discovery as to Plaintiff's individual claim to be completed (*Id*. at 47.)

3. On November 3, 2025, the Parties filed a case status report on the progress of discovery and requested additional time to resolve their respective discovery disputes without Court intervention (*id*. at 48.) The Court granted the Parties' request and extended the deadline to January 31, 2026 to complete the outstanding discovery (*id*. at 11/04/2025 Order.)

1

4.      To date, the Parties have continued engaging in substantive discovery, have met and conferred regarding document production, and have discussed potential early resolution of this case.  To resolve outstanding discovery disputes, review discovery responses, determine what (if any) depositions will be noticed, and attempt an amicable resolution of the claims, the Parties respectfully request additional time, until March 17, 2026, to review and resolve any outstanding discovery-related issues.

5.      This request is not made for purposes of unnecessary delay and will not prejudice any party in the litigation.  This Motion, seeking a 45-day extension of time until March 17, 2026, is submitted in advance of the current discovery deadline and the Parties' virtual status conference scheduled for January 21, 2026.  This is the Parties' second request to modify the discovery schedule pursuant to the Court's Individual Practice Rules (1.D.).

WHEREFORE, Plaintiff Matthew Vandersloot and Defendant Charles Baratta, LLC, *d/b/a* Prime Marketing Source respectfully request that this Court grant an extension of time up to and including March 17, 2026.

Dated: January 16, 2026

| | |
|---|---|
| */s/ Andrew Roman Perrong* <br> Andrew Roman Perrong, Esq. <br> **PERRONG LAW LLC** <br> 2657 Mount Carmel Avenue <br> Glenside, Pennsylvania 19038 <br> Phone: 215-225-5529 <br> Facsimile: 888-329-0305 <br> Email: a@perronglaw.com <br><br> *Attorney for Plaintiff* | */s/ David M. Krueger* <br> David M. Krueger (0085072) (*Pro Hac Vice*) <br> Laura E. Kogan (0087453) (*Pro Hac Vice*) <br> **BENESCH, FRIEDLANDER,** <br> **COPLAN & ARONOFF LLP** <br> 127 Public Square, Suite 4900 <br> Cleveland, Ohio 44114 <br> Telephone:  216.363.4500 <br> Facsimile:  216.363.4588 <br> Email: dkrueger@beneschlaw.com <br> Email: lkogan@beneschlaw.com <br> Email: RAbam@beneschlaw.com <br><br> *Attorneys for Defendant Charles Baratta LLC, d/b/a Prime Marketing Source* |

2

## CERTIFICATE OF SERVICE

The foregoing document was electronically filed on January 16, 2026. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

*/s/ David M. Krueger*
David M. Krueger