**Benesch**

David M. Krueger
127 Public Sq., Ste. 4900
Cleveland, OH 44114
Direct Dial: 216.363.4683
dkrueger@beneschlaw.com

March 9, 2026

**VIA E-FILE**

The Honorable James M. Wicks
United States District Court
Eastern District of New York
100 Federal Plaza, Courtroom 1020
Central Islip, New York 11722

    Re:    *Matthew VanderSloot v. Charles Prime LLC*
           Civil Action No: 2:24-cv-7096
           <u>Letter Advising of Resolution & Requesting Cancellation of Status Conference</u>

Dear Judge Wicks:

    On behalf of Defendant Charles Baratta LLC d/b/a Prime Marketing Source, and together jointly with Plaintiff, we write to advise the Court that the parties have just reached a resolution in principle this morning as to the above captioned matter.

    In light of the resolution and forthcoming dismissal, the parties jointly request that the status conference set for 2:30 ET today be vacated.

                          Thank you for your consideration,

                          BENESCH, FRIEDLANDER,
                            COPLAN & ARONOFF LLP

                          */s/ David M. Krueger*

                          David M. Krueger

DMK