**Benesch**

David M. Krueger
127 Public Square, Suite 4900
Cleveland, Ohio 44114
Direct Dial: 216.363.4683
Fax: 216.363.4588
dkrueger@beneschlaw.com

April 8, 2026

**VIA E-FILE**

The Honorable James M. Wicks
United States District Court
Eastern District of New York
100 Federal Plaza, Courtroom 1020
Central Islip, New York 11722

Re:    ***Matthew VanderSloot v. Charles Baratta LLC***, Civil Action No: 2:24-cv-7096
       Joint Status Letter Regarding Resolution

Dear Judge Wicks:

On behalf of Matthew Vandersloot ("Plaintiff") and Charles Baratta, LLC, *d/b/a* Prime Marketing Source ("Defendant"), the Parties jointly write to advise the Court that, as previously reported on March 9, 2026 (Dkt. 50), the Parties have reached an agreement in principle to resolve and dismiss this matter.

The Parties are in the process of reducing this resolution to writing and anticipate filing a stipulation of dismissal within 30–45 days. Accordingly, the Parties respectfully request that the Court grant additional time for the finalization and dismissal of this action.

Thank you for your consideration,

*/s/ David M. Krueger*

April 8, 2026
Page 2

_/s/ Andrew Roman Perrong_
Andrew Roman Perrong, Esq.
**PERRONG LAW LLC**
2657 Mount Carmel Avenue
Glenside, Pennsylvania 19038
Phone: 215-225-5529
Facsimile: 888-329-0305
Email: a@perronglaw.com

_Attorney for Plaintiff_

_/s/ David M. Krueger_
David M. Krueger (0085072)
**BENESCH, FRIEDLANDER,
COPLAN & ARONOFF LLP**
127 Public Square, Suite 4900
Cleveland, Ohio 44114
Telephone:  216.363.4500
Facsimile:  216.363.4588
Email: dkrueger@beneschlaw.com
Email: lkogan@beneschlaw.com
Email: RAbam@beneschlaw.com

_Attorneys for Defendant Charles Baratta
LLC, d/b/a Prime Marketing Source_